IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:06MJ3004 |
| v. | ) | |
| | ) | |
| RUBEN D. NUNEZ, | ) | |
| | ) | ORDER |
| Defendants. | ) | |
| | ) | |

Upon consideration of the defendant's motion to reduce bond amount and the government's response to it,

IT IS ORDERED, the motion, filing 29, is granted in part, and paragraph 7(c) of the order setting conditions of release, filing 25, is amended to require the defendant to post the sum of $3,500.00 (17.5% of $20,000.00).

DATED this 10th day of February, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge